**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MICHAEL S. DAVIS                                                                                    PLAINTIFF

v.                                              4:06CV01723 WRW

MICHAEL J. ASTRUE, Commissioner                                                  DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Michael S. Davis ("Davis") has filed the pending motion for the approval of attorney's fees pursuant to the provisions of the Equal Access to Justice Act ("EAJA"). See Document 16. In the motion, he seeks $1,768.75 in attorney's fees and $50.28 in costs and expenses, or a total EAJA award of $1,819.03. The Commissioner of the Social Security Administration has no objection to Davis' motion.

The Court has thoroughly reviewed Davis' motion. On the basis of that review, the Court finds nothing unreasonable about the hours of work performed, the hourly rate requested, and the costs and expenses incurred. The motion is therefore granted. Davis is awarded $1,768.75 in attorney's fees and $50.28 in costs and expenses, or a total EAJA award of $1,819.03.

IT IS SO ORDERED this 7th day of May, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE